**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1978**

———————

EVELYN L. MIDDLETON,

　　　　　Plaintiff - Appellant,

　　　v.

UNITED STATES OF AMERICA; DEPARTMENT OF TREASURY,

　　　　　Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.　Jerome B. Friedman, District Judge.　(4:10-cv-00088-JBF-FBS)

———————

Submitted: January 18, 2011　　　Decided: January 25, 2011

———————

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Evelyn L. Middleton, Appellant Pro Se.　Susan Lynn Watt, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evelyn Middleton appeals the district court's order dismissing her 28 U.S.C. § 2042 (2006) action for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Middleton v. United States</u>, No. 4:10-cv-00088-JBF-FBS (E.D. Va. Aug. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>